UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES ALVIN DULANEY, | No. 5:17-CV-00664 EJD (RMI) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| ELMANI, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES ALVIN DULANEY, JR., CDCR No. P40910, presently in custody at Pelican Bay State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: May 17, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Pelican Bay State Prison

GREETINGS

WE COMMAND that you have and produce the body of JAMES ALVIN DULANEY, JR., CDCR No. P40910, in your custody in the hereinabove-mentioned institution, before the United States District Court at the Federal Courthouse at 3140 Boeing Avenue, in McKinleyville, at 10:00 a.m. on May 31, 2018, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE

in the matter of Dulaney v. Elmani, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 17, 2018

                SUSAN Y. SONG
                CLERK, UNITED STATES DISTRICT COURT

                By: Linn Van Meter
                    Administrative Law Clerk

Dated: May 17, 2018

