UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALVIN DULANEY,<br><br>    Plaintiff,<br><br>v.<br><br>ELMANI, et al.,<br><br>    Defendants. | Case No. 17-cv-00664-EJD (RMI)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on May 31, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, James Alvin Dulaney, Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Robert Wayne Henkels.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled. Settlement documents were executed in court.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 6/1/2018

_____
ROBERT M ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALVIN DULANEY,<br><br>    Plaintiff,<br><br>    v.<br><br>ELMANI, et al.,<br><br>    Defendants. | Case No. 17-cv-00664-EJD (RMI)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Alvin Dulaney ID: P-40910
B4-214 Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532


Dated: June 1, 2018

                                          Susan Y. Soong
                                          Clerk, United States District Court
                                          By:
                                          Gloria Knudson, Deputy Clerk to the
                                          Honorable ROBERT M ILLMAN